473 A.2d 664

Commonwealth v. Derr, Appellant.

Submitted February 2, 1984. Timothy J. Reese, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BECK and HOFFMAN, JJ.

The order of the trial denying the motion to dismiss is affirmed, and the case is remanded for trial. Jurisdiction is relinquished.